IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIK E. DELEON, | : | |
|     Plaintiff | : | |
| | : | No. 1:21-cv-289 |
| v. | : | |
| | : | (Judge Rambo) |
| LT. SHAW, *et al.*, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 6th day of December 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions for summary judgment and motions to "time bar" Defendants (Doc. Nos. 109, 115, 118-19) are **DENIED**;

2. The following dates and deadlines shall govern this case:

| | |
|---|---|
| **Motions in limine and supporting briefs due:** | March 12, 2024 |
| **Briefs opposing motions in limine due:** | March 22, 2024 |
| **Reply briefs supporting motions in limine due:** | March 29, 2024 |
| **Pretrial memoranda due:** | April 4, 2024 |
| **Proposed voir dire questions due:** | April 4, 2024 |
| **Proposed points for charge due:** | April 4, 2024 |
| **Proposed verdict forms due:** | April 4, 2024 |
| **Deposition objections due:** | April 4, 2024 |
| **Pretrial Conference:** | April 18, 2024 at 10:30 a.m. |
| **Jury Selection and Trial:** | May 6, 2024 at 9:30 a.m. |

3. Within twenty-eight (28) days of the date of this order, the parties shall submit a joint status report indicating whether they wish to have this case referred for mediation with the Court's Prisoner Litigation Settlement Program;

4. Plaintiff's request for the appointment of counsel (Doc. No. 112) is **RECONSIDERED** and **CONDITIONALLY GRANTED**. The

Clerk of Court shall forward a copy of this Order to the Chair of the Federal Bar Association's Pro Bono Committee, Michael A. O'Donnell, Esq., O'Donnell Law Offices, 267 Wyoming Ave., Kingston, Pennsylvania, 18704, for the purpose of obtaining counsel for Plaintiff; and

5. If counsel cannot be found to represent Plaintiff, Plaintiff will be required to proceed to trial *pro se*.

 s/ Sylvia H. Rambo
United States District Judge
